UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
RODNEY SINCLAIR,                                :

                                                   :
       Plaintiff,                    ORDER
                                                   :
   -v.-
                                                 :    20 Civ. 4528 (KMW) (GWG)

MIKE BLOOMBERG 2020, INC.,           :

      Defendant.                   :
-------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      The conference in this matter currently scheduled for Friday, September 18, 2020, at 10:30 a.m. is adjourned to Thursday, October 1, 2020, at 10:30 a.m.

      Each attorney on this case is directed to confirm that all other parties are aware of the adjournment reflected in this Order.

      SO ORDERED.

Dated: September 15, 2020
       New York, New York

                                                                           _____
                                                                           GABRIEL W. GORENSTEIN
                                                                         United States Magistrate Judge