

Advocates for Workplace Fairness

November 9, 2022

**Via CM/ECF**
The Honorable Laura T. Swain
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007

<u>**MEMO ENDORSED**</u>

Re:   *Sinclair v. Mike Bloomberg 2020, Inc.*, No. 20 Civ. 4528 (LTS) (GWG)

Dear Chief Judge Swain,

    We represent Plaintiff in this matter.  Pursuant to the Court's Order (ECF No. 69), on November 8, 2022, Plaintiff re-filed the Memorandum of Law in Support of Plaintiff's Motion for Class Certification and the papers in support at ECF Nos. 70-72.  Due to an error, the redactions in ECF No. 71-13 were not completely applied such that the Court-protected information was potentially viewable on the docket.  Pursuant to ECF Rule 21.7, Plaintiff made an Emergency Sealing Request with the ECF Help Desk and the document ECF No. 71-13 was placed under emergency seal.

    Plaintiff respectfully requests the Court to formally seal ECF No. 71-13.  Pursuant to ECF Rule 21.7, Plaintiff will also file the properly redacted version of the document.

The foregoing sealing request is granted.
ECF No. 71-13 shall remain under seal.
Dkt. no. 73 resolved.  SO ORDERED.
11/10/2022
/s/ Laura Taylor Swain, Chief USDJ

Respectfully submitted,

Justin M. Swartz

cc:   All Counsel of Record (via ECF)

New York  685 3rd Ave 25th Floor, New York, NY 10017  T (212) 245-1000  F (646) 509-2060
San Francisco  1 California Street, 12th Floor, San Francisco, CA 94111  T (415) 322-1391  F (415) 638-8810
Washington, DC  1225 New York Ave NW, Suite 1200B, Washington, DC 20001  T (202) 914-5097  F (202) 847-4410
outtengolden.com   mail@outtengolden.com