UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

RODNEY SINCLAIR, individually and
on behalf of all others similarly situated,

               Plaintiff,

  -v-                                                    No.  1:20-CV-4528-LTS-GWG

MIKE BLOOMBERG 2020, INC.,                  **Sealing Order**

               Defendant.

-------------------------------------------------------x

        Plaintiff Rodney Sinclair ("Plaintiff" or "Mr. Sinclair") requests permission to file three exhibits accompanying Plaintiff's Renewed Motion for Class Certification under seal or with limited redactions pursuant to Federal Rule of Civil Procedure 5.2.  (Docket entry no. 97.) Specifically, Plaintiff requests permission to file docket entry nos. 96-20 ("Exhibit 20") and 96-21 ("Exhibit 21") entirely under seal and docket entry no. 96-13 ("Exhibit 13") with limited redactions as previously ordered by the Court.  Defendant Mike Bloomberg 2020, Inc. ("Defendant" or the "Campaign") does not object to the requests to file Exhibits 20 and 21 under seal and requests that the Court permit Exhibit 13 to be filed with the limited redactions that Plaintiff requests.  (Docket entry no. 99.)

        Because Exhibit 13 contains personally identifying and proprietary information regarding voters, and because Exhibits 20 and 21 contain sensitive personally identifying information of putative class members, the request to seal is granted in full.  This Sealing Order

resolves docket entry no. 97.

      SO ORDERED.

Dated: September 22, 2023
       New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge