UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RODNEY SINCLAIR et al.<br>Plaintiffs,<br>v.<br>MIKE BLOOMBERG 2020, INC.<br>Defendant. | 1:20-CV-4528-LTS-GWG |

ORDER

In light of the Order Granting Consolidation and Preliminary Approval of Class and Collective Action Settlement (docket entry no. 134), the Clerk of Court is respectfully directed to terminate docket entry no. 117.

SO ORDERED.

Dated: New York, New York
August 4, 2026

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge